IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00176-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BOOKER THOMAS CRANK | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se motion for a recommendation to the Bureau of Prisons (BOP) that his federal sentence be served concurrently with a state sentence. (Doc. No. 38).

According to the motion, after this Court sentenced the defendant for possessing a firearm as a felon on January 29, 2019, (Doc. No. 35: Judgment), he was sent to South Carolina where he was held in custody on unspecified charges, (Doc. No. 38: Motion at 2). Although a federal court has discretion to announce whether its sentence will be served concurrently with or consecutively to an anticipated state sentence, <u>Setser v. United States</u>, 132 S. Ct. 1463, 1468 (2012), that issue was not addressed in the proceedings before this Court.[1] Multiple terms of imprisonment imposed at different times run consecutively unless the judgment states otherwise. 18 U.S.C. § 3584(a). The defendant has not shown any authority to alter the final Judgment to include the requested recommendation.

---

[1] The presentence report did not include any pending South Carolina charges. (Doc. No. 28 at 8).

**IT IS, THEREFORE, ORDERED** that the defendant's request for a recommendation for a concurrent sentence, (Doc. No. 38), is **DENIED**.

Signed: October 22, 2021

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge