IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00176-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOOKER THOMAS CRANK | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se motion for a recommendation to the Bureau of Prisons (BOP) that his federal sentence be served concurrently with a state sentence. (Doc. No. 40).

The Court previously denied a similar request, (Doc. No. 38: Motion; Doc. No. 39), and the defendant has not shown grounds to reconsider that decision.

**IT IS, THEREFORE, ORDERED** that the defendant's request for a recommendation for a concurrent sentence, (Doc. No. 40), is **DENIED**.

Signed: January 11, 2023

Robert J. Conrad, Jr.
United States District Judge